NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CLINTON GARMENT CO. et al.

No. 440 Orig.

Circuit Court of Appeals, Eighth Circuit.
June 19, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Erwin Feldman, of New York City, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, etc., on petition for enforcement and consent of respondent.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. LIPSCOMB GRAIN & SEED CO.

No. 436 Orig.

Circuit Court of Appeals, Eighth Circuit.
April 22, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Neale & Newman, of Springfield, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement of order of Labor Board.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. KOCH BUTCHER SUPPLY CO.

No. 439 Orig.

Circuit Court of Appeals, Eighth Circuit.
June 5, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Robert E. Rosenwald, of Kansas City, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, etc., on petition for enforcement of order of Labor Board.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. PEERLESS WHITE LIME CO.

No. 432 Orig.

Circuit Court of Appeals, Eighth Circuit.
April 7, 1939.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Robert M. Hawes, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement of order of Labor Board.